THE PEÒPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MADERO, Appellant.

*People* v. *Madero*, 185 App. Div. 945, affirmed.

(Argued January 13, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25, 1918, which affirmed a judgment rendered at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of keeping a house of assignation, in violation of section 1146 of the Penal Law.

*Thomas L. Newton* for appellant.

*William W. Dickinson* and *Guy B. Moore* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.